PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Ameet Kotak  Cr.: 08-00255-001
PACTS #: 48900

Name of Sentencing Judicial Officer:  THE HONORABLE JOSEPH E. IRENAS
SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 07/25/2008

Original Offense: Distribute and Possession with Intent to Distribute Cocaine Base

Original Sentence: 84 months imprisonment, 48 months supervised release; $100 Special Assessment

Special Conditions: Substance Abuse Testing and Treatment, DNA testing

Type of Supervision: Supervised Release  Date Supervision Commenced: 12/05/2014

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the special supervision condition which states **'ALCOHOL/DRUG TESTING AND TREATMENT**<br><br>**You shall refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and the use of alcohol, and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you shall submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged by the Court. You shall alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The Probation Officer shall supervise your compliance with this condition.'**<br><br>On February 27, 2017, during a random home visit, a urine sample was requested of the offender, which when tested via a ten-panel instant test, returned positive results for cocaine. The offender denied use, so the specimen was packaged for laboratory confirmation. Results received from the national laboratory confirmed that the specimen was positive for benzoylecgonine, the main metabolite in cocaine. Despite the confirmed results, the offender has continued to deny use. |

U.S. Probation Officer Action:

The offender has been verbally reprimanded for his actions and advised that the Court would be notified of his non-compliance. He has been advised that additional positive urinalysis will call for increased sanctions and/or a violation of supervised release. If Your Honor approves, the probation office will increase urine monitoring for illicit drug use detection and will present the offender with <u>New Directions Substance Abuse Lifeskills Course</u>, a home study, behavioral science workbook for overcoming drug and alcohol addictions, which the undersigned officer will oversee to completion. The probation officer respectfully requests that the Court sign this petition, agreeing to this noncompliance response.

Respectfully submitted,

Bassolino
2017.03.23
16:02:10 -04'00'

By: Gisella M. Bassolino
U.S. Probation Officer
Date: 03/23/2017

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☐ No Formal Court Action to be Taken at This Time

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☑ Other Have the offender complete the <u>New Directions Substance Abuse Lifeskills Course</u> workbook

Signature of Judicial Officer

May 5, 2017
Date